```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07616
   RUSSELL A DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8443

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/03/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.68% from remaining funds.

     The case was paid in full 03/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
US BANK HOME MORTGAGE    CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00            .00
RESURGENT ACQUISITION LL UNSECURED        26919.40             .00      12566.78
ECAST SETTLEMENT CORP    UNSECURED        16118.10             .00       7524.41
PORTFOLIO RECOVERY ASSOC UNSECURED OTH     7591.07             .00       3543.66
ST ALEXIUS MEDICAL CENTE SPECIAL CLASS   NOT FILED             .00            .00
WASHINGTON MUTUAL BANK   SECURED NOT I      302.63             .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                         1,565.15
DEBTOR REFUND            REFUND                                            613.04

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 28,513.04

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      23,634.85
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,565.15
DEBTOR REFUND                                     613.04
                        ---------------        ---------------
TOTALS                  28,513.04              28,513.04




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 07616 RUSSELL A DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |